UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER RED, ET AL., | ) | Case No. 2:10-CV-01025-DMG-MAN |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER SETTING SEQUENCE OF MOTIONS AND CLASS CERTIFICATION BRIEFING [18]** |
| vs. | ) ) | |
| THE KROGER CO., | ) ) | |
| Defendants. | ) ) | |

Based upon the Joint Stipulation regarding sequence of motions of Plaintiffs Jennifer Red, *et al.* ("Plaintiffs"), on the one hand, and Defendant The Kroger Co. ("Kroger"), on the other hand, and good cause being shown:

IT IS HEREBY ORDERED that Kroger's motion to dismiss Plaintiffs' amended complaint shall be filed on or before May 24, 2010 and the hearing shall be set for June 28, 2010 at 9:30 a.m.

IT IS FURTHER ORDERED that Plaintiffs' motion for class certification shall not be filed until after the hearing on Kroger's motion to dismiss the amended complaint.

IT IS FURTHER ORDERED that the specific briefing schedule for Plaintiffs' motion for class certification will be established by the Court, after review of the parties' Joint Rule 26(f) Report, at the Rule 16 initial status conference.

DATED:   May 17, 2010

                                      Dolly M. Gee
                                      United States District Judge