1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                           WESTERN DIVISION

| | |
|---|---|
| JENNIFER RED, ET AL., | Case No. CV 10-01025-DMG-(MANx) |
| Plaintiffs, | **ORDER GRANTING LEAVE TO FILE AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KROGER'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [28]** |
| vs. | |
| THE KROGER CO., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KROGER'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

LA: 640562v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based upon the Joint Stipulation of Plaintiffs Jennifer Red, *et al.* ("Plaintiffs"), on the one hand, and The Kroger Co. ("Kroger"), on the other hand, requesting leave to file an amended memorandum of points and authorities in support of Kroger's motion to dismiss the First Amended Complaint, the original having been filed on May 24, 2010, and good cause being shown:

IT IS HEREBY ORDERED that Kroger's amended memorandum of points and authorities in support of its motion to dismiss the first amended complaint shall be filed immediately. The briefing schedule for the remaining briefs and the hearing date remain as previously ordered by the Court.

DATED:   June 2, 2010

*/s/ Dolly M. Gee*
Dolly M. Gee
United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KROGER'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT