| | |
|---|---|
| 1 | **BECK & LEE BUSINESS TRIAL LAWYERS** |
| 2 | JARED H. BECK (233743) |
|   | ELIZABETH LEE BECK (233742) |
| 3 | Courthouse Plaza Building |
| 4 | 28 West Flagler Street, Suite 555 |
|   | Miami, FL 33130 |
| 5 | Telephone:  (305) 789-0072 |
| 6 | Facsimile:   (786) 664-3334 |
|   | jared@beckandlee.com |
| 7 | elizabeth@beckandlee.com |
| 8 | |
|   | <u>Counsel for Plaintiffs and the Proposed Classes</u> |
| 9 | |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | CENTRAL DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 12 | | |
| 13 | JENNIFER RED and REBECCA YUMUL, on Behalf of Themselves and All Others Similarly Situated, | Case No.: 2:10-CV-01025-DMG-MAN |
| 14 | | Pleading Type: Class Action |
| 15 | Plaintiffs, | **BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION OF BECK & LEE BY PLAINTIFFS JENNIFER RED AND REBECCA YUMUL AND [PROPOSED] ORDER & NOTICE OF FILING RELATED EXHIBITS** |
| 16 | vs. | |
| 17 | THE KROGER CO., | |
| 18 | Defendant. | |
| 19 | | |
| 20 | | |
| 21 | | Judge: Hon. Dolly M. Gee |

*Red et al. v. The Kroger Co.*, No. 2:10-cv-01025 DMG MAN
BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION

The Notice of Termination of Beck & Lee by Plaintiffs Jennifer Red and Rebecca Yumul and [Proposed] Order ("Termination Notice") [D.E. 44] filed by The Weston Firm ("Weston") on August 16, 2010, is part of an invalid and improper attempt to terminate Beck & Lee in each of the firms' jointly prosecuted class actions. It was filed in retaliation for Beck & Lee's investigating information that Weston inappropriately recruited a class action plaintiff through offer of a "kickback" and employment of a runner/capper, and illegally promised to split settlement proceeds with Weston's non-lawyer employees.

The relevant facts are set forth in papers filed on August 18, 2010, and attached hereto, in another consumer class action jointly prosecuted by Weston and Beck & Lee, *Red et al. v. Unilever United States, Inc. et al.*, No. 5:10-cv-00387-JW (N.D. Cal.) ("*Unilever*"), currently pending before the Honorable James Ware:

- Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (**Exhibit 1** hereto);

- Declaration of Elizabeth Lee Beck in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (**Exhibit 2** hereto);

- Declaration of Jared H. Beck in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed] Order (with attachments) (**Exhibit 3** hereto); and

- Notice of Filing Declaration of Alejandro Gutiérrez in Support of Beck & Lee Business Trial Lawyers' Opposition to Notice of Termination of Beck & Lee and Reese Richman LLP by Plaintiffs

1

*Red et al. v. The Kroger Co.*, No. 2:10-cv-01025 DMG MAN
BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION

1  Evangeline Red, Jennifer Red, and Rachel Whitt and [Proposed]
2  Order (**Exhibit 4** hereto).
3  Beck & Lee also submits as **Exhibit 5** hereto the Order Setting Hearing on
4  Motion Re: Notice of Termination of Beck & Lee ("Order") issued by Judge Ware
5  in *Unilever* on August 20, 2010.  The Order sets a hearing on September 13, 2010,
6  at 9 a.m. regarding the Notice of Termination of Beck & Lee and Reese Richman
7  LLP filed by Weston in that matter.
8  Accordingly, Beck & Lee respectfully requests that the Court deny the relief
9  sought in the Notice of Termination of Beck & Lee by Plaintiffs Jennifer Red and
10 Rebecca Yumul, and that the Court grant such other and further relief as may be
11 necessary and proper.

DATED: August 21, 2010                                Respectfully Submitted,


                                                      s/Elizabeth Lee Beck
                                                      Elizabeth Lee Beck

                                                      **BECK & LEE BUSINESS TRIAL LAWYERS**
                                                      JARED H. BECK
                                                      ELIZABETH LEE BECK
                                                      28 West Flagler Street, Suite 555
                                                      Miami, FL 33130
                                                      Telephone:  (305) 789-0072
                                                      Facsimile:   (786) 664-3334

                                                      Counsel for Plaintiffs and the
                                                      Proposed Class

2

*Red et al. v. The Kroger Co.*, No. 2:10-cv-01025 DMG MAN
BECK & LEE BUSINESS TRIAL LAWYERS' OPPOSITION TO NOTICE OF TERMINATION