1
2
3
4
5
6
7
8
9
10
11
12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                    WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER RED, ET AL., | ) | Case No. CV 10-1025-DMG(MANx) |
| | ) | |
| Plaintiffs, | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1    WHEREAS the Court granted defendant The Kroger Co.'s Motion To Dismiss
2 plaintiffs' First Amended Complaint ("Complaint") in this action with prejudice by
3 Order dated September 2, 2010;
4    NOW THEREFORE it is hereby ORDERED, ADJUDGED, and DECREED
5 that:
6    1.   This action is hereby DISMISSED WITH PREJUDICE;
7    2.   Plaintiffs shall take nothing from defendant The Kroger Co. by way of
8 their Complaint; and
9    3.   Defendant The Kroger Co. shall be entitled to recover from plaintiffs its
10 costs of suit.
11   The Clerk is hereby directed to enter this Judgment forthwith and to give all
12 parties notice of such entry.

Dated: September 27, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE